```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Hstings Ranch, LLC<br><br>          Defendants | Case No. **2:10-cv-00936-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 12, 2010 FOR DEFENDANT HASTINGS RANCH, LLC TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Hastings Ranch, LLC, by and through their respective attorneys of record, Scott N. Johnson; Daniel J. Foster, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Hastings Ranch, LLC until June 11, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Hastings Ranch, LLC is granted an extension until July 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Hastings Ranch, LLCs' response will be due no later than July 12, 2010.

IT IS SO STIPULATED effective as of June 16, 2010

Dated:   June 18, 2010                    /s/Daniel J. Foster ___
                                          Daniel J. Foster,
                                          Attorney for Defendant
                                          Hastings Ranch, LLC


Dated:   June 16, 2010                    /s/Scott N. Johnson ____
                                          Scott N. Johnson,
                                          Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED:** that Defendant Hastings Ranch, LLC
2 shall have until July 12, 2010 to respond to complaint.
3
4 Dated: June 21, 2010
5                                          /s/ John A. Mendez_____
6                                          United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com