SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson


### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-00936-JAM-KJN** |
|     Plaintiff, | ) |
| | ) **PLAINTIFF'S REQUEST RE REQUEST** |
| | ) **FOR CONTINUANCE OF DATE TO FILE** |
|    vs. | ) **JOINT STATUS CONFERENCE** |
| | ) **STATEMENT AND ORDER** |
| Hastings Ranch, LLC | ) |
| | ) |
|     Defendants | ) Joint Status Conference |
| | ) Statement: July 6, 2010 |
| _____ | ) |

    Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from July 6, 2010 to August 2, 2010. Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on April 19, 2010; the 120 day time period for service would end on August 19, 2010. Defendant Hastings Ranch, LLC was served on May 4, 2010. Pursuant to

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT and *proposed order*

CIV: S-10-cv-00936-JAM-KJN - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Local Rule 16, the Parties are to confer as required by
2  Fed. R. Civ. P. 26(f) and submit a joint status conference
3  statement within 60 days after all Defendants are served.
4  The joint status conference statement would be due July 6,
5  2010.  Plaintiff filed a Stipulation and Proposed Order on
6  June 18, 2010 granting Defendants an extension of time to
7  respond to the complaint until July 12, 2010.  A
8  continuance of the date for filing a joint status
9  conference statement from July 6, 2010 to August 2, 2010
10 would give the Defendants time to file a response to
11 Plaintiff's complaint and for Plaintiff and Defendants to
12 engage in settlement discussions.

13
14 Dated:  July 1, 2010            /s/Scott N. Johnson _____

15                                 Scott N. Johnson,

16                                 Attorney for Plaintiff

17

18                                **ORDER**

19

20 IT IS HEREBY ORDERED THAT the parties shall have the filing
21 date of the joint status conference statement continued to
22 August 2, 2010.

23
24 Date: July 1, 2010

                                   /s/ John A. Mendez_____
25                                 U.S. DISTRICT COURT JUDGE

26

27

28   PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS
          CONFERENCE STATEMENT and *proposed order*
                   CIV: S-10-cv-00936-JAM-KJN - 2