```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hastings Ranch, LLC<br><br>　　　　Defendants | Case No. **2:10-cv-00936-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 23, 2010 FOR DEFENDANT HASTINGS RANCH, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Hastings Ranch, LLC, by and through their respective attorneys of record, Scott N. Johnson; Daniel J. Foster, stipulate as follows:

　　　1. An extension of time has been previously
　　　　　obtained for Defendant Hastings Ranch, LLC

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

until July 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Hastings Ranch, LLC is granted an extension until July 23, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Hastings Ranch, LLCs' response will be due no later than July 23, 2010.

IT IS SO STIPULATED effective as of July 13, 2010

Dated:  July 13, 2010                    /s/Daniel J. Foster_____
                                         Daniel J. Foster,
                                         Attorney for Defendant
                                         Hastings Ranch, LLC


Dated:  July 13, 2010                    /s/Scott N. Johnson ____
                                         Scott N. Johnson,
                                         Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Hastings Ranch, LLC shall have until July 23, 2010 to respond to complaint.

Dated: July 14, 2010                     /s/ John A. Mendez_____
                                         United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com