SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>vs.<br><br>Hastings Ranch, LLC,<br><br>      Defendants | Case No.: CIV.S 10-cv-00936-JAM-KJN<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: APRIL 19, 2010 |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that defendants not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.

1
2
3  Dated:  September 29, 2010
4                                                                          DISABLED ACCESS PREVENTS
5                                                                          INJURY, INC.
6
7                                                                          /s/Scott N. Johnson_____
8                                                                          SCOTT N. JOHNSON,
                                                                           Attorney for Plaintiff
9
10
11  **IT IS SO ORDERED**.
12
13  Dated:  September 3, 2010
14                                                                          /s/ John A. Mendez
                                                                            UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2